# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| CARTER, ANDREW L. | SOUTHERN DISTRICT OF NEW YORK | 08/14/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| FULL TIME DISTRICT JUDGE | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

40 Foley Square
ROOM 435
NEW YORK, NY 10007

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑  NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑  NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| CARTER, ANDREW L. | 08/14/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 1/1-8/7 | J.P. MORGAN CHASE BANK--SALARY |
| 2. 11/4-12/31 | BANK OF NY MELLON--SALARY |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CARTER, ANDREW L. | 08/14/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔     NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐     NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1.   TADS | TUITION FOR CHILDRENS' SCHOOL | L |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CARTER, ANDREW L. | 08/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. VANGUARD INDEX 500 (IRA) | A | Dividend | M | T | | | | | |
| 2. VANGUARD STAR FUND (IRA) | A | Dividend | K | T | | | | | |
| 3. VANGUARD INDEX 500 | A | Dividend | K | T | | | | | |
| 4. FIDELITY TOTAL BOND INDEX FUND (IRA) | D | Dividend | L | T | | | | | |
| 5. J.P. MORGAN STABLE VALUE (401K) | D | Dividend | | | Sold | 08/07/19 | L | F | |
| 6. J.P. MORGAN CHASE COMMON STOCK FUND (IRA) | B | Dividend | | | Sold | 08/07/19 | L | F | |
| 7. J.P. MORGAN CHASE AGG. PORTFOLIO (401K) | A | Dividend | | | Sold | 08/07/19 | M | G | |
| 8. J.P. MORGAN CHASE MOD. AGG (401K) | A | Dividend | | | Sold | 08/07/19 | M | G | |
| 9. J.P. MORGAN PENSION | A | Interest | | | Sold | 08/07/19 | L | F | |
| 10. J.P. MORGAN CHASE SAVINGS ACCT. | A | Interest | L | T | | | | | |
| 11. NY 529 MODERATE GROWTH | A | Dividend | K | T | | | | | |
| 12. NY 529 GROWTH | A | Dividend | K | T | | | | | |
| 13. NY 529 BOND MKT. INDEX | A | Dividend | J | T | | | | | |
| 14. NY 529 MOD AGE BASED | A | Dividend | K | T | | | | | |
| 15. REAL ESTATE | C | Rent | O | R | | | | | |
| 16. J.P. MORGAN COMMON STOCK | A | Dividend | J | T | | | | | |
| 17. J.P. MORGAN RESTRICTED STOCK | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **CARTER, ANDREW L.** | 08/14/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. J.P. MORGAN STOCK OPTIONS | | None | J | T | | | | | |
| 19. REAL ESTATE | C | Rent | L | R | | | | | |
| 20. WELLS FARGO MONEY MARKET | A | Interest | K | T | | | | | |
| 21. AMERICAN CENTURY MONEY MARKET | A | Interest | J | T | | | | | |
| 22. FIDELITY CONTRAFUND (IRA) | B | Dividend | L | T | | | | | |
| 23. JP Morgan Securities, LLC--Asset Allocation Only (IRA) | A | Dividend | O | T | Open | 08/12/19 | O | | |
| 24. Betterment LLC-Cash Reserve Account--Asset Allocation Only | A | Interest | J | T | Open | 10/11/19 | J | | |
| 25. Bank of NY Mellon Large Cap Stock Index Fund (401K) | | None | J | T | Open | 12/13/19 | J | | |
| 26. Bank of NY Mellon Large Cap Growth Equity Fund (401K) | | None | J | T | Open | 12/13/19 | J | | |
| 27. Bank of NY Mellon Large Cap Value Equity Fund (401K) | | None | J | T | Open | 12/13/19 | J | | |
| 28. Bank of NY Mellon Mid Cap Growth Equity Fund (401K) | | None | J | T | Open | 12/13/19 | J | | |
| 29. Bank of NY Mellon Small Cap Growth Equity Fund (401K) | | None | J | T | Open | 12/13/19 | J | | |
| 30. Bank of NY Mellon Small Mid-Cap Stock Index Cap Fund (401K) | | None | J | T | Open | 12/13/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In Part VII, lines 5-9 represent funds associted with my spouse's 401 K plan with her previous employer.  When my spouse switched jobs in 2019, these funds were rolled over into a new IRA account.  That account is listed at entry number 23. .Lines 25-30 represent investments in my spouse's new 401K plan with her current employer.

In Part VII, line 15, I listed "real estate."  The property was purchased in January 5, 2000 for $585.000.  The property is located in Kings County in New York in New York State.

In Part VII, line 19, I listed "real estate."  The real estate was purchased on September 9, 2010 for $85,100.  The property is located in Seminole County in the state of Florida.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ ANDREW L. CARTER**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544